## 36459. WAGES v. WAGES.

Judgment affirmed without opinion pursuant to Rule 59 (3) of this court.

*All the Justices concur.*

SUBMITTED JULY 11, 1980 — DECIDED SEPTEMBER 9, 1980.

*Victoria D. Little, Mary Brock Kerr,* for appellant.
*Joseph E. Cheeley, Jr., Joseph E. Cheeley, III,* for appellee.